

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel **COLORADO CARRILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

## ORDER

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Juan Gabriel Colorado Carrillo filed an "Emergency Motion for Temporary Stay of Proceedings" seeking a stay of the trial court proceedings in Cause No. 10367CR, in Kinney County Court pending this court's decision on his appeal. The trial in this case is scheduled to commence on May 9, 2022.

We **grant** the motion for temporary stay and **order** all trial court proceedings in Cause No. 10367CR, in Kinney County Court, including the trial scheduled for May 9, 2022, **stayed** pending this court's decision on this appeal.

It is so **ORDERED** on May 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court